IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02412-MSK
(Criminal Action No. 08-cr-00456-MSK-2)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CATHERINE SENNINGER,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Marcia S. Krieger on April 17, 2013, the following Final Judgment is hereby entered.

It is ORDERED that Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody 28 U.S.C. § 2255 (#297) and Motion to Amend Motion to Vacate Sentence by a Person in Federal Custody (#305) are DENIED. It is further

ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this   19th   day of April, 2013.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk